**Susan M. FORD, a/k/a Susan Keough, Appellant,**

v.

**UNITED STATES, Appellee.**

**Karolyn A. KOLUDER, Appellant,**

v.

**UNITED STATES, Appellee.**

**Janet E. BLAIR, Appellant,**

v.

**UNITED STATES, Appellee.**

Nos. 83–1105, 83–1108, 83–1106, 83–1109, 85–1017.

District of Columbia Court of Appeals.

Argued Sept. 16, 1986.
Decided March 26, 1987.

James L. Kaler, Jr., Washington, D.C., for appellant.

Robertson T. Park, Asst. U.S. Atty., with whom Joseph E. diGenova, U.S. Atty., Michael W. Farrell, Judith Hetherton and Mary Lou Leary, Asst. U.S. Attys., Washington, D.C., were on the brief, for appellee.

Before PRYOR, Chief Judge, and NEBEKER, MACK, NEWMAN, FERREN, BELSON, TERRY, ROGERS and STEADMAN, Associate Judges.

## ORDER

It is ORDERED, *sua sponte*, that the judgment and opinions filed this day in No. 85–1017, *Blair v. United States,* 525 A.2d 170, are hereby vacated and this case is consolidated for consideration by the court, sitting en banc, with Nos. 83–1105 and 83–1108, *Ford v. United States,* and Nos. 83–1106 and 83–1109, *Koluder v. United States.* It is

FURTHER ORDERED that the Clerk is directed to schedule these cases for argu-

1. *See Dinkins v. United States,* 374 A.2d 292, 294–95 (D.C.1977) (en banc) ("solicitation" not

ment before the en banc court as soon as the business of the court permits.